

**3415 VISION DRIVE  OH4-7214**
**COLUMBUS OH 43219-6009**

### Tax Year 2014 Form 1099-C Cancellation of Debt (Copy B)

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

### Debtor's Information

17108 TAS 1Z1 2315 -    0327 08  (00.510)

THOMAS, MARSHALL
28 GREEN ST
CANTON, MA 02021

### Creditor's Information

**Federal ID Number:** ▓▓▓▓▓▓▓
JPMORGAN CHASE BANK, N.A.
HOME LENDING

### Form 1099-C Questions

Phone Support: 1-877-836-3040

Debtor's ID Number: XXXXX0363                                    Original

### Summary of Form 1099-C Cancellation of Debt                                        (OMB No. 1545-1424)

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1. | Date of identifiable event | 06/28/2014 | 5. | Was borrower personally liable for repayment of the debt? | Yes |
| 2. | Amount of debt discharged | $1,651,645.97 | 6. | Identifiable event code | G |
| 3. | Interest if included in box 2 | $0.00 | 7. | Fair market value of property | $0.00 |
| 4. | Debt Description | 28 GREEN ST | | | |

### Details of Form 1099-C Cancellation of Debt                                        (OMB No. 1545-1424)

| Account Number / Acct Description | Box #1 Date of Identifiable event | Box #2 Amount of debt discharged | Box #3 Int. Included in box 2 | Other Boxes | |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | 06/28/2014 | $1,651,645.97 | $0.00 | #4 Debt description | 28 GREEN ST |
| | | | | #5 If yes, the debtor was personally liable for repayment of the debt | Yes |
| | | | | #6 Identifiable event code | G |

Page 1